IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17CR3094 |
| vs. | ORDER |
| MICHAEL R. SCHWEITZER, | |
| Defendant. | |

IT IS ORDERED:

1) Defendant's motion for additional time to file pretrial motions, (Filing No. 17), is granted.

2) Defendant's motion to dismiss (Filing No. 18), is deemed timely filed, and Defendant's brief in support of his motion to dismiss shall be filed on or before November 22, 2017.

3) Trial of this case in continued pending resolution of Defendant's pending motion to dismiss. As such, the government's motion to continue, (Filing No. 16), is denied as moot.

October 23, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge