IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:17-CR-3094 |
| vs. | |
| MICHAEL R. SCHWEITZER, | ORDER |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Information (filing 25). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the information, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Information (filing 25) is granted.

2. The information is dismissed without prejudice as to defendant Michael R. Schweitzer.

Dated this 21st day of December, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge